**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS (HOUSTON)**

-------------------------------------------------x
     :

In re                        :        Chapter 11

DESKTOP METAL, INC., *et al.*,   :

Debtors.[1]          :        (Jointly Administered)
     :
-------------------------------------------------x

| | |
|---|---|
| Chapter 11 | |
| Case No. 25-90268 (CML) | |
| (Jointly Administered) | |

**SCHEDULE OF LIABILITIES FOR**
**ENVISIONTEC US LLC (CASE NO. 25-90276)**

---

1    The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, Inc (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc.(5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and service address is: 63 Third Avenue, Burlington, MA 01803

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| DESKTOP METAL, INC., *et al.*, | Case No. 25-90268 (CML) |
| | (Jointly Administered) |
| Debtors.[1] | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF LIABILITIES**

Desktop Metal, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors"), have filed their respective Schedules of Liabilities (the "Schedules") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"). The Debtors, with the assistance of their Chief Restructuring Officer, Andrew Hinkelman (the "CRO"), and their Chief Transformation Officer, Chas Harvick (the "CTO"), prepared the Schedules in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules").

Mr. Hinkelman has signed each set of Schedules, solely in his capacity as the Debtors' CRO and not in any other capacity. In reviewing and signing the Schedules, the CRO has necessarily relied upon the efforts, statements, and representations of the Debtors' personnel and professionals. Given the scale and complexity of the Debtors' businesses that are covered by the Schedules, the CRO has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules, the Debtors and their professionals relied on financial data derived from the Debtors' books and records that was available at the time of such preparation, as described herein. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules, subsequent information or discovery may result in

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Adaptive3D LLC (3990); Adaptive 3D Technologies, LLC (5893); Beacon Bio, Inc. (9005); Brewer Tafla Dental Technologies, LLC (6452); Dental Arts Laboratories, Inc. (8905); Desktop Labs, Inc. (5344); Desktop Metal Operating, Inc. (7659); Desktop Metal Securities Corporation (9007); Desktop Metal, Inc. (4042); EnvisionTEC US LLC (2483); ExOne Americas LLC (3443); ExOne Operating, LLC (8851); Figur Machine Tools LLC (2489); Larry Brewer Dental Lab Inc. (0215); May Dental Arts, LLC (8558); and The Syzygy Memory Plastics Corp. (8063). The location of the Debtors' corporate headquarters and the Debtors' service address is: 63 Third Avenue, Burlington, MA 01803.

material changes to the Schedules. As a result, errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules as may be necessary or appropriate.

The Debtors, their CRO and CTO, agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors, their CRO, their CTO, agents and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.  In no event shall the Debtors, their CRO, their CTO, or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Cases**. On July 28, 2025, (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 29, 2025, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 29]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules. The information provided herein, except as otherwise noted, is reported as set forth herein.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and should be referenced in connection with any review thereof. As such, the information contained in the Schedules is expressly subject to the terms of these Global Notes. If the Schedules conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules based upon the information available in the Debtors' books and records as described herein; however, as noted above, errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules as may be necessary or appropriate. Nothing contained in the Schedules constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other

relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph or elsewhere.

a.  **No Admission**. Nothing contained in the Schedules is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.  **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules at a later time as is necessary and appropriate.

c.  **Classifications**. Listing (i) a claim on Schedule D as "secured," or (ii) a claim on Schedule E/F as "priority" or "unsecured," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim.

d.  **Claims Description**. Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their Schedules as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.  **Estimates and Assumptions, Historical Books and Records**. Prior to these chapter 11 cases, the Debtors operated on a quarterly close cycle and monthly financials were not finalized on a regular, monthly basis.  The Debtors used best estimates, based in some cases on the most recent financial statements as of June 30, 2025 (i.e. the most recent quarterly close). Except for accounts payable ("Accounts Payable"), which remain subject to ongoing payment and reconciliation, all financial information is presented as of June 30, 2025. The Debtors made reasonable estimates to prorate certain liabilities through the Petition Date, and may include contingent or unliquidated amounts due to estimation and timing differences. Given the time required to complete the month-end close process, the Debtors, where possible, made reasonable estimates to prorate certain liabilities through the Petition Date.  Certain accrued liability accounts, including

short-term lease obligations, may be overstated. Accordingly, these amounts have been designated as contingent and/or unliquidated. In certain instances, the preparation of the Schedules required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of liabilities and the amount of contingent liabilities. Actual results could differ from such estimates or the information presented in the Schedules.

4. **Methodology**.

   a. **Basis of Presentation**. The Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules contain unaudited information that is subject to further review and potential adjustment. The Schedules reflect the Debtors' reasonable efforts to report the liabilities of each Debtor on an unconsolidated basis as set forth herein, except as may be noted on the applicable Schedules or herein.

   b. **Allocation of Liabilities**. The Debtors used their best efforts, and in good faith, to distinguish and allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. The Debtors reserve the right to amend the Schedules in their discretion, as set forth herein.

   c. **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

   d. **Unliquidated Amounts**. Amounts that cannot be quantified by the Debtors are scheduled as "unliquidated" or "unknown."

   e. **Totals**. All totals that are included in the Schedules represent totals of all known and ascertainable amounts reflected in the Debtors' books and records as set forth herein. To the extent there are unknown or undetermined amounts, the actual total may be materially different than the listed total.

   f. **Intercompany Claims**. Payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule E/F, per the Debtors' books and records. The listing of any amounts with respect to such payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise. These claims are subject to reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation.

   g. **Guarantees and Other Secondary Liability Claims**. The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees

have been identified, they have been included in the relevant Schedule for the affected Debtor or Debtors. The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements. The Debtors reserve their rights to amend the Schedules if additional guarantees are identified.

h.   **Excluded Assets and Liabilities**. The Debtors have excluded the following categories of liabilities from the Schedules:  certain deferred rent charges and certain accrued liabilities including, but not limited to, those liabilities addressed in the First Day Orders.[2] To the extent the Debtors paid any amounts pursuant to the First Day Orders, the associated claims are not listed in the Debtors' Schedules. Other immaterial liabilities may also have been excluded.

i.   **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

j.   **Setoffs**. The Debtors incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, deposits received from customers, and amounts due from customers that may also be vendors. These normal, ordinary course setoffs and nettings are due to the nature of the Debtors operational relationships. Such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules. In addition, some amounts listed in the Schedules may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.   **Specific Schedules Disclosures**.

a.   **Schedule D - Creditors Who Have Claims Secured by Property**. Except as may otherwise be agreed pursuant to the *Interim Order( A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Modifying the Automatic Stay,*

---

[2]   As used herein, "First Day Orders" refers to (a) *Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests [Docket No. 82]* (the "Wages Order"); (b) *Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 85] (the "Taxes Order"); (c) *Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (II) Approving Continuation of the Customs Bond Program; and (III) Granting Related Relief* [Docket No. 87]; and (d) *Interim Order (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(B) Deposit Requirements; (IV) Authorizing Continued Performance of Intercompany Transactions and Funding; (V) Authorizing Maintenance of Corporate Card Programs, and (VI) Granting Related Relief* [Docket No. 84].

*and (D) Scheduling a Final Hearing* [Docket No. 117] (the "Interim Cash Collateral Order") or other stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

Claims on Schedule D arose, or were incurred, on various dates. In certain instances, the date on which such claim arose may be an issue of fact.

Except as otherwise agreed in accordance with any stipulation and order entered by the Bankruptcy Court, the Debtors reserve their rights to investigate, dispute, or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and/or other appliable agreements and documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or in the Schedules shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

Schedule D require the Debtors to identify certain obligations to "an insider or related party".  Solely for purposes of Schedule D, the Debtor included as "insiders" or "related parties" the following:  (a) the Debtor's directors, (b) the Debtors' officers, (c) a person in control of the Debtors, and (d) any relatives of any of the foregoing (if known by the Debtors), each as determined as of the Petition Date. Persons have been included in Schedule D for informational purposes only, and the listing of an individual as an "insider" or "related party" is not intended to be, and should not be construed as, a legal characterization of that person as an "insider" or "related party" and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are reserved.  Moreover, the designation

or non-designation of a party as an "insider" or "related party" for purposes of the Schedule D is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as an "insider" or "related party" in Schedule D has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

a.  **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*. Pursuant to the Taxes Order, the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. The Debtors are in the process of reconciling their potential tax liabilities in various jurisdictions and, consequently, such liabilities are indicated as "Unliquidated," and any amounts listed constitute the Debtors' good faith estimates of the amounts of such liabilities. To the extent the Debtors paid any such prepetition taxes in accordance with the Taxes Order, the associated claims are not listed in the Debtors' Schedules.

Furthermore, pursuant to the Wages Order, the Debtors received authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*. The liabilities identified in Schedule E/F, Part 2, are derived from each individual Debtor's books and records as set forth herein. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does

not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases

Additionally, Schedule E/F, Part 2, contains certain claims related to short-term lease obligations, customer deposits, and litigation matters that the Debtors have marked as contingent, unliquidated, and/or disputed:  To the best of the Debtors' ability, short term lease liabilities are presented as set forth herein.  Additionally, the Debtors have included certain advanced payments and deposits received from customers for the sale of equipment or other goods not yet delivered as of the latest financials, and have been designated as contingent and/or unliquidated, accordingly.  Potential claims arising from ongoing litigation as of the Petition Date have been disclosed in Schedule E/F. These claims have been disclosed as contingent, unliquidated, and disputed as resolution is dependent on future legal proceedings.

As of the time of filing of the Schedules, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices, in their independent discretion.

### Right to Amend and/or Supplement

The Debtors reserve the right to amend and/or supplement the Schedules as may be necessary or appropriate.

### General Disclaimer

The Debtors have prepared the Schedules based on the information reflected in the Debtors' books and records. However, the Debtors cannot warrant the absolute accuracy of these documents. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtors may amend and supplement the Schedules in their reasonable discretion.

The Debtors, their CRO, their CTO, and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors, the CRO, the CTO, and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized, except as required by applicable law. In no event shall the Debtors or their CRO or CTO, officers, employees, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special

damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

Debtor  **EnvisionTEC US LLC**
_____   Case number (if known)  **25-90276**
Name

| Fill in this information to identify the case: |
|---|

Debtor name  **EnvisionTEC US LLC**

United States Bankruptcy Court for the:  **Southern District of Texas (Houston)**

Case number (if known)  **25-90276**

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B..................................................................   $ 0.00

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B..............................................................   $ 0.00

   1c.  **Total of all property:**
   Copy line 92 from Schedule A/B..................................................................   $ 0.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...........................   $ 55,023,613.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $ 6,966.87

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................   +$ 1,154,377.03

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b

   | $ 56,184,956.90 |
   |---|

**Fill in this information to identify the case:**

Debtor name   **EnvisionTEC US LLC**

United States Bankruptcy Court for the:   **Southern District of Texas (Houston)**

Case number (if known)   **25-90276**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Secured creditor name and mailing address**<br><br>NANO DIMENSION USA INC.<br>300 5TH AVE<br>SUITE 1010<br>WALTHAM MA 02451<br><br>**Secured creditor's email address** | **Describe debtor's property that is subject to a lien**<br><br>ALL ASSETS OF THE DEBTOR WHETHER NOW OWNED OR HEREAFTER ACQUIRED AND ALL PROCEEDS THEROF.<br><br>**Describe the lien**<br><br>SECOND PRIORITY LIEN - SECURED NOTE (TERM LOAN) | | $12,259,333.00 | UNDETERMINED |
| | **Date debt was incurred**<br><br>4/30/2025<br><br>**Last 4 digits of account number** | **Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes  *Fill out Schedule H: Codebtors (Official Form 206H)* | | | |
| | **Do multiple creditors have an interest in the same property?**<br><br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br><br>1) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $10M FIRST LIEN, 2) NANO DIMENSION USA INC. $12M SECOND LIEN, 3) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $30M THIRD LIEN | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |

Debtor  **EnvisionTEC US LLC**  _____   Case number (if known) **25-90276**  _____
      Name

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| 2.2 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $11,729,117.00 | UNDETERMINED |
|---|---|---|---|---|

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON DE 19801

ALL ASSETS OF THE DEBTOR WHETHER NOW OWNED OR HEREAFTER ACQUIRED, AND WHEREVER LOCATED.

**Secured creditor's email address**

**Describe the lien**

FIRST LIEN AHG SECURED NOTE (TERM LOAN)

**Is the creditor an insider or related party?**

**Date debt was incurred**

☑ No

6/5/2025

☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

☑ Yes  *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

1) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $10M FIRST LIEN, 2) NANO DIMENSION USA INC. $12M SECOND LIEN, 3) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $30M THIRD LIEN

Debtor  **EnvisionTEC US LLC**                                         Case number (if known) **25-90276**
_____
Name

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | |

| 2.3 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $31,035,163.00 | UNDETERMINED |
|---|---|---|---|---|

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON DE 19801

ALL ASSETS OF THE DEBTOR WHETHER NOW OWNED OR HEREAFTER ACQUIRED, AND WHEREVER LOCATED.

**Secured creditor's email address**

**Describe the lien**

THIRD LIEN AHG SECURED ROLL-UP NOTE

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

6/5/2025

**Is anyone else liable on this claim?**

☐ No

■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

1) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $10M FIRST LIEN, 2) NANO DIMENSION USA INC. $12M SECOND LIEN, 3) WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT $30M THIRD LIEN

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$55,023,613.00** |
|---|---|---|

Debtor    **EnvisionTEC US LLC**                                      Case number (if known)   **25-90276**

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| NANO DIMENSION USA INC., AS LENDER<br>C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: K. ZIMAN, L. CLAYTON, J. RECHER<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | Line 2.1 | |
| NANO DIMENSION USA INC., AS LENDER<br>C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: L. CLAYTON, J. ADLERSTEIN, K. ZIMAN,<br>1285 6TH AVE<br>NEW YORK NY 10019 | Line 2.1 | |
| NANO DIMENSION USA INC., AS LENDER<br>C/O PORTER HEDGES LLP<br>ATTN: J. HIGGINS, M. JOHNSON, M. YOUNG, J. STEVENS<br>1000 MAIN STREET 36TH FLOOR<br>HOUSTON TX 77002 | Line 2.1 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT<br>C/O PAUL HASTINGS LLP<br>ATTN: CHARLES PERSONS<br>2001 ROSS AVENUE SUITE 2700<br>DALLAS TX 75201 | Line 2.3 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT<br>C/O PAUL HASTINGS LLP<br>ATTN: D. FLIMAN, R. MONTEFUSCO, I. SASSON<br>200 PARK AVENUE<br>NEW YORK NY 10166 | Line 2.3 | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS AGENT<br>C/O PAUL HASTINGS LLP<br>ATTN: JOHN STORZ, DAN FLIMAN, ISAAC SASSON<br>200 PARK AVENUE<br>NEW YORK NY 10166 | Line 2.3 | |

**Fill in this information to identify the case:**

Debtor name    **EnvisionTEC US LLC**

United States Bankruptcy Court for the:    **Southern District of Texas (Houston)**

Case number (if known)    **25-90276**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,238.87 | $5,238.87 |

2.1  **Priority creditor's name and mailing address**

HUMANIS (FRANCE PENSION)
4 RUE DU COLONEL-DRIANT
PARIS CEDEX 01  75040
FRANCE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☒ No
☐ Yes

Total claim: $5,238.87    Priority amount: $5,238.87

2.2  **Priority creditor's name and mailing address**

SIE DES NON RESIDENTS (FRANCE WITHHOLDING INCOME TAX)
10 RUE DU CENTRE
TSA 10010
NOISY LE GRAND CEDEX  93465
FRANCE

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☒ No
☐ Yes

Total claim: $1,728.00    Priority amount: $1,728.00

Debtor   **EnvisionTEC US LLC**                                             Case number (if known)   **25-90276**
         Name

Debtor **EnvisionTEC US LLC** _____ Case number (if known) **25-90276**
            Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$89,695.74**

ACCENTURE INTERNATIONAL LIMITED
1 GRAND CANAL SQUARE
GRAND CANAL HARBOUR
DUBLIN  D02 P820
IRELAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$72,915.25**

ACCENTURE INTERNATIONAL LIMITED
(FORMALLY NAVISITE)
1 GRAND CANAL SQUARE
GRAND CANAL HARBOUR
DUBLIN 2, UN  D02 P820
IRELAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$392.35**

AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$1,075.00**

AMDI
227 WINTER AVE NW
GRAND RAPIDS MI 49504

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$2,600.00**

AMHERST-WARR RENEWAL
4 BOLTWOOD AVENEUE
AMHERST MA 01002

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **EnvisionTEC US LLC** _____ Case number (if known) **25-90276**

Name

| | | | Amount of claim |
|---|---|---|---|

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$866.26**

ANYE JEWELRY
608 SOUTH HILL STREET, SUITE 400
LOS ANGELES CA 90014

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$888.00**

APPLE
ONE APPLE PARK WAY
CUPERTINO CA 95014

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$65,647.20**

ARKEMA INC.
ARKEMA EXTON CORP HQ & TECH CENTER
SARTOMER BU
502 THOMAS JONES WAY
EXTON PA 19341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$729.18**

BOMAR SPECIALITIES, LLC
51 GREENWOODS ROAD
TORRINGTON CT 06790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$86.64**

BOREN ORTHONDONTICS
4610 N. GARFIELD
SUITE A-9
MIDLAND TX 79705

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor  **EnvisionTEC US LLC** _____ Case number (if known)  **25-90276** _____

      Name

|  |  |
|---|---|
|  | **Amount of claim** |

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$634.21** |

■ Contingent
☐ Unliquidated
☐ Disputed

BROOKLYN MINT DENTAL
567 PACIFIC ST SUITE B
BROOKLYN NY 11217

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$40,365.31** |

■ Contingent
☐ Unliquidated
☐ Disputed

CAD-RAY
8400 WEST SUNSET ROAD SUITE 300
LAS VEGAS NV 89113

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,082.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

CANVAS SOLUTIONS, INC.
11951 FREEDOM DRIVE,
SUITE 401
RESTON VA 20190

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$61.64** |

■ Contingent
☐ Unliquidated
☐ Disputed

CAPTURE DENTAL ARTS
11978 S 700 E STE 101
DRAPER UT 84020

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$887.16** |

☐ Contingent
☐ Unliquidated
☐ Disputed

CDW
ATTN: VISHNU MOHANAN
PO BOX 75723
CHICAGO IL 60675

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **EnvisionTEC US LLC** _____ Case number (if known) **25-90276**

Name

| | | Amount of claim |
|---|---|---|

**3.16** **Nonpriority creditor's name and mailing address**

CHAIRSIDE LAB SOLUTIONS
439 ODER AVE
STATEN ISLAND NY 10304

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$888.54**

---

**3.17** **Nonpriority creditor's name and mailing address**

CINTAS 631025
PO BOX 631025
CINCINNATI OH 45263

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$250.77**

---

**3.18** **Nonpriority creditor's name and mailing address**

CITY OF DEARBORN
PO BOX 30516
LANSING MI 48909-8016

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$15,785.04**

---

**3.19** **Nonpriority creditor's name and mailing address**

D&D DENTAL MANAGEMENT
10973 SE 175TH PL
SUITE 104
SUMMERFIELD FL 34491

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$26.68**

---

**3.20** **Nonpriority creditor's name and mailing address**

DEARBORN ADMINISTRATIVE CENTER
16901 MICHIGAN AVENUE
STE 7
DEARBORN MI 48126

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$12,673.04**

---

Debtor **EnvisionTEC US LLC** _____ Case number (if known) **25-90276**

Name

| | | Amount of claim |
|---|---|---|

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $714.59

DENTAL LASER
1598 W ARTLEY DR
NOGALES AZ 85621

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: CUSTOMER DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $994.93

DENTAURUM DE MEXICO SA DE CV
9200 SAN MATEO
LAREDO TX 78045

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: CUSTOMER DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $705.00

DENTISTRY BY DESIGN
505 SAN MARIN DRIVE
B200
NOVATO CA 94945-1353

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: CUSTOMER DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $575.55

DESERT RIDGE ORAL SURGERY INSTITUTE
20950 N TATUM BLVD STE 200
PHOENIX AZ 85050

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: CUSTOMER DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,274.45

DIGIKEY ELECTRONICS
P.O. BOX 250
THIEF RIVER FALLS MN 56701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

Debtor   **EnvisionTEC US LLC**                                          Case number (if known)   **25-90276**
　　　　　Name

|  |  |  | Amount of claim |
|---|---|---|---|

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$81.23**

DNT DENTAL LABROATORIES
18401 BURBANK BOULEVARD SUITE 111
TARZANA CA 91356

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,993.40**

DOLAN'S WELDING & STEEL FABRICATING, INC.
118 VENTURE STREET
JOHNSTOWN PA 15909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,882.57**

DOWNTOWN TULSA DENTAL
616 S BOSTON AVE STE 308
TULSA OK 74119

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$433.50**

DR. DEVIN MCCLINTOCK DDS
103 BULIFANTS BLVD STE B
WILLIAMSBURG VA 23188

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$82.78**

DREXEL UNIVERSITY
NARBERTH, PA, US
NARBERTH PA

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor  **EnvisionTEC US LLC** _____  Case number (if known)  **25-90276** _____

Name

| | Amount of claim |
|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,741.92 |
|---|---|---|---|

☐ Contingent
DTE ENERGY
ONE ENERGY PLAZA                    ☐ Unliquidated
1189 WCB
DETROIT MI 48226-1221              ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**           **Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,076.68 |
|---|---|---|---|

■ Contingent
DYNAMISM
207E OHIO ST. STE 200              ☐ Unliquidated
CHICAGO IL 60611                   ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**           **Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $42,071.70 |
|---|---|---|---|

☐ Contingent
EMCO-INORTECH ULC
P.O. BOX 15487 STATION A           ☐ Unliquidated
TORONTO ON M9W 1C1                 ☐ Disputed
CANADA

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**           **Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $995.04 |
|---|---|---|---|

☐ Contingent
ESSTECH INC / PL INDUSTRIES
804 OLD LANCASTER RD               ☐ Unliquidated
BERWYN PA 19312-1220               ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**           **Is the claim subject to offset?**  ☐ No  ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $12,384.39 |
|---|---|---|---|

■ Contingent
ESTHETIC PROFESSIONAL
18981 VENTURA BOULEVARD, #300      ☐ Unliquidated
TARZANA CA 91356                   ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**           **Is the claim subject to offset?**  ☐ No  ☐ Yes

Debtor   **EnvisionTEC US LLC** _____   Case number (if known)   **25-90276** _____

Name

|  | | | **Amount of claim** |
|---|---|---|---|

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,303.48** |
|---|---|---|---|
| | EVOLVE / EVOLUTION DENTAL SCIENCE<br>235 AERO DRIVE<br>CHEEKTOWAGA NY 14225 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>CUSTOMER DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$667.55** |
|---|---|---|---|
| | EXCEL DENTAL LTD.<br>ATTN: MANOJ K. BAHL<br>40 WEST 73RD AVENUE<br>MERRILLVILLE IN 46410-3979 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>CUSTOMER DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,500.00** |
|---|---|---|---|
| | F2 LABS<br>16740 PETERS RD<br>DARA SENG - DESKTOP METAL<br>MIDDLEFIELD OH 44062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,457.32** |
|---|---|---|---|
| | FEDERAL EXPRESS 4159-8448-0<br>P.O. BOX 371461<br>PITTSBURGH PA 15250 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$634.45** |
|---|---|---|---|
| | FEDEX 7017-7150-8<br>PO BOX 371461<br>PITTSBURG PA 15250 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| Debtor | **EnvisionTEC US LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **25-90276** |

| | | | **Amount of claim** |
|---|---|---|---|

**3.41** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$576.57

FIORELLA INDUSTRIE SRL
VIA MAZZINI, 8
64030 MONTEFINO (TE)
MONTEFINO (TE)  64030
ITALY

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$42.00

FREELAND ORTHODONTICS
801 EAST M-32
GAYLORD MI 49735

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$6,928.00

FST METALS CO., LTD
YANWU NEW VILLAGE
DONGGUAN CITY  523838
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$4,094.47

GARLAND DENTAL SALES AND SERVICE LLC
6036 JET PORT INDUSTRIAL BLVD.
TAMPA FL 33634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$493.31

GRAINGER
MW-H11
PALATINE IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **EnvisionTEC US LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | 25-90276 |

| | | | Amount of claim |
|---|---|---|---|

**3.46** | Nonpriority creditor's name and mailing address

HANSEN IP LAW
PO BOX 300069
WATERFORD MI 48330

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$60.00**

---

**3.47** | Nonpriority creditor's name and mailing address

HENKEL CORPORATION
30 TREFOIL DRIVE
TRUMBULL CT 06611

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$19,724.80**

---

**3.48** | Nonpriority creditor's name and mailing address

HERRAMIENTAS E INSUMOS CIA LTDA
CALLE 36 #31-39, LOCAL 101
CENTRO EMPRESARIAL CHICAMOCHA
BUCARAMANGA  680002
COLOMBIA

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

Is the claim subject to offset?  ■ No  ☐ Yes

**$8,365.00**

---

**3.49** | Nonpriority creditor's name and mailing address

IMO PLASTIC MOLD INDUSTRY LIMITED
1ST FL, BLDG 2, FACTORY #28, LONGTENG ST,
YUANSHAN SUBDISTRICT ,
FLAT/RM 1502 EASEY COMMERCIAL BUILDING
253261 HENNESSY ROAD
WAN CHAI
HONG KONG  0755518115
CHINA

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$23,000.00**

---

**3.50** | Nonpriority creditor's name and mailing address

INDEED, INC.
7501 N CAPITAL OF TEXAS HIGHWAY
AUSTIN TX 78731

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$545.46**

---

Debtor   **EnvisionTEC US LLC**

Name
                                                          Case number (if known)   **25-90276**

| | | Amount of claim |
|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,285.00**

INSTRON
825 UNIVERSITY AVE
NORWOOD MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,557.80**

KOWA AMERICAN CORP
55 EAST 59TH STREET
19TH FLOOR
NEW YORK NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$971.77**

KVH LABS
4005 WEST RIVER DR SUITE 3B
COMSTOCK PARK MI 49321

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,800.00**

MAID 2 SHINE
1354 WAGON WHEEL
CANTON TWP MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$57.16**

MANUEL DELGADO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor  **EnvisionTEC US LLC** _____ Case number (if known) **25-90276** _____
      Name

|  | Amount of claim |
|---|---|

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,500.00** |
|---|---|---|---|
| | MARCUM LLP<br>10 MELVILLE ROAD<br>MELVILLE NY 11747 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$230.00** |
|---|---|---|---|
| | MASTERMANS<br>ATTN: MORGAN LOGAN<br>PO BOX 411<br>BLDG 10<br>AUBURN MA 01501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,197.88** |
|---|---|---|---|
| | MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS RD<br>MELVILLE NY 11747 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$560.00** |
|---|---|---|---|
| | NAZAR'S FINE JEWELRY<br>4901 RICHMOND AVE.<br>HOUSTON TX 77207 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>CUSTOMER DEPOSIT</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,980.00** |
|---|---|---|---|
| | NORTH AMERICAN SCIENCE ASSOCIATES, LLC<br>6750 WALES RD<br>NORTHWOOD OH 43619 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| Debtor | **EnvisionTEC US LLC** | Case number (if known) | **25-90276** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $13,776.02 |
|---|---|---|---|

NORTH FORD
15041 COMMERCE DRIVE S
DEARBORN MI 48120

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LEASE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $15,816.91 |
|---|---|---|---|

NORTH FORD HOLDINGS II LL
873 ROUTE 45
SUITE 101
NEW CITY NY 10956

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $35.70 |
|---|---|---|---|

OC JEWELERS
45817 GEORGETOWN DRIVE
MACOMB MI 48044

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $342.56 |
|---|---|---|---|

OHIO DENTAL LABORATORY, INC
6410 THORNBERRY CT STE A
MASON OH 45040

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,160.00 |
|---|---|---|---|

ORAL ARTS LAB
2700 S MEMORIAL PARKWAY
HUNTSVILLE AL 35801

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **EnvisionTEC US LLC** | Case number (if known) | **25-90276** |
|---|---|---|---|

Name

<table>
<tr><td></td><td></td><td></td><td style="text-align:right">**Amount of claim**</td></tr>
<tr>
<td>3.66</td>
<td>**Nonpriority creditor's name and mailing address**</td>
<td>**As of the petition filing date, the claim is:** Check all that apply</td>
<td style="text-align:right">$385.36</td>
</tr>
</table>

**3.66**

**Nonpriority creditor's name and mailing address**

ORAL DESIGN MIAMI TRAINING CENTER
7210 SW 57TH AVE STE 223
SOUTH MIAMI FL 33143

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

Amount of claim: **$385.36**

---

**3.67**

**Nonpriority creditor's name and mailing address**

ORANGE COAST PNEUMATICS, INC
3810 PROSPECT AVE SUITE A
YORBA LINDA CA 92886

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

Amount of claim: **$1,125.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**

PAUL STEVENS
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

Amount of claim: **$2,230.55**

---

**3.69**

**Nonpriority creditor's name and mailing address**

POLYSPECTRA
626 BANCROFT WAY STE A-004
BERKELEY CA 94710

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

Amount of claim: **$1,845.37**

---

**3.70**

**Nonpriority creditor's name and mailing address**

PRESSIO INC
110 E HOUSTON STREET 7TH FLOOR #95
ATTN : JOE PRESSIO
SAN ANTONIO TX 78205

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CUSTOMER DEPOSIT

**Is the claim subject to offset?** ☐ No ☐ Yes

Amount of claim: **$44,030.64**

Debtor   **EnvisionTEC US LLC** _____   Case number (if known)   **25-90276** _____

Name

|  | | Amount of claim |
|---|---|---|

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$4,714.16** |

PRINT PARTS INC.
36 E 23RD ST UNIT 3F
NEW YORK NY 10010

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$3,110.00** |

PURE PERIO- DR. RATLIFF
1775 GLENVIEW RD
STE 212
GLENVIEW IL 60025

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,759.85** |

R & D MACHINE SHOP CONSULTANT, LLC
3045 NELSON COLON ST
GUANAJIBO INDUSTRIAL PARK
MAYAGUEZ PR 00682

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$101,434.40** |

RAHN USA CORP
39305 TREASURY CTR
CHICAGO IL 60694-9300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$617.64** |

RAM DENTAL LAB
6020 DAWSON STREET
HOLLYWOOD FL 33023

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

Debtor   **EnvisionTEC US LLC**
_____   Case number (if known)   **25-90276**
Name

| | | Amount of claim |
|---|---|---|

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $202,800.00 |
|---|---|---|
| RAMCO EQUIPMENT CORP<br>32 MONTGOMERY ST<br>HILLSIDE NJ 07205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $120.00 |
|---|---|---|
| REGINA ANDREW DESIGN, INC.<br>18720 KRAUSE ST<br>RIVERVIEW MI 48193 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>CUSTOMER DEPOSIT</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $78.74 |
|---|---|---|
| RESTOR3D<br>311 W CORPORATION ST<br>DURHAM NC 27701 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>CUSTOMER DEPOSIT</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $500.00 |
|---|---|---|
| RODO DIGITAL PROSTHETICS LLC<br>1010 NAUGHTON ROAD<br>TROY MI 48083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $477.31 |
|---|---|---|
| RS GROUP (FORMERLY ALLIED ELECTRONICS)<br>P.O.BOX 841811<br>DALLAS TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| Debtor | **EnvisionTEC US LLC** | | Case number (if known) | **25-90276** |
| | Name | | | |

| | | | | Amount of claim |

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $701.54

RUBIN DENTAL LAB
833 CENTRAL AVE
FAR ROCKAWAY NY 11691

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** CUSTOMER DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $21,822.00

SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION
PO BOX 743699
ATLANTA GA 30374-3699

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $131,800.00

SANDIA NATIONAL LABORATORIES
1515 EUBANK BLVD SE
BLDG. 957
ALBUQUERQUE NM 87123

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** CUSTOMER DEPOSIT

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $272.65

SIGMA-ALDRICH, INC
PO BOX 535182
ATLANTA GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,000.94

SILICON VALLEY BANK
BARNABY CHERY
3003 TASMAN DRIVE
SANTA CLARA CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor  **EnvisionTEC US LLC** _____ Case number (if known) __25-90276__
       Name

|  |  | Amount of claim |
|---|---|---|

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,555.07**

SOUTHERN ORTHODONTICS
7732 AIRWAYS BLVD
SOUTHAVEN MS 38671

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$117.82**

STERICYCLE, INC.
28883 NETWORK PLACE
CHICAGO IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$664.00**

SUKGYUNG AT CO., LTD.
24,BYEOLMANG-RO 459BEON-GIL,
ANSAN-CITY  15599
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,171.24**

SURFCT.COM
WINCHESTER, VA, US
WINCHESTER CA

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,150.00**

T & H LABORATORY INC.
101 FAIRWAY DR STE B
KERRVILLE TX 78028

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| Debtor | **EnvisionTEC US LLC** | Case number (if known) | **25-90276** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.91** Nonpriority creditor's name and mailing address

ULINE
3333 JAMES SNOW PKWY N
MILTON ON L9T 8L1
CANADA

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$1,801.53**

---

**3.92** Nonpriority creditor's name and mailing address

VELSICOL CHEMICAL LLC
10400 W. HIGGINS ROAD
STE. 303
ROSEMONT IL 60018

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$1,290.00**

---

**3.93** Nonpriority creditor's name and mailing address

VERAGGIO
103-1 DIRECTOR CRT
WOODBRIDGE ON L4L 4S5
CANADA

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>CUSTOMER DEPOSIT</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$7,752.12**

---

**3.94** Nonpriority creditor's name and mailing address

VICI MEDTRONICS INC
26295 12 TREES LN NW
POULSBO WA 98370

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$20,783.40**

---

**3.95** Nonpriority creditor's name and mailing address

VIVOS TECHNOLOGY CENTER
199 W. CENTER ST
OREM UT 84057

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>CUSTOMER DEPOSIT</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$61.63**

---

| Debtor | **EnvisionTEC US LLC** | Case number (if known) | **25-90276** |
|---|---|---|---|

Name

| | | Amount of claim |
|---|---|---|

**3.96** Nonpriority creditor's name and mailing address

WELLS FARGO VENDOR FIN SERVICES, LLC
1961 HIRST DR
MOBERLY MO 65270

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset?   ☐ No  ☐ Yes

**$44.21**

---

**3.97** Nonpriority creditor's name and mailing address

WESTERN DENTAL

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

Is the claim subject to offset?   ☐ No  ☐ Yes

**$233.00**

---

**3.98** Nonpriority creditor's name and mailing address

WESTERN RESERVE CHEMICAL
CORPORATION
60 SOUTH SEIBERLING STREET
AKRON OH 44305

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset?   ☐ No  ☐ Yes

**$157.41**

---

**3.99** Nonpriority creditor's name and mailing address

WIRE WORKS EDM
2247 SOUTH GRAND AVENUE
SANTA ANA CA 92705

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

Is the claim subject to offset?   ☐ No  ☐ Yes

**$60,643.50**

---

**3.100** Nonpriority creditor's name and mailing address

WISEGRASS
1653 LITITZ PK
#452
LANCASTER PA 17601

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>CUSTOMER DEPOSIT</u>

Is the claim subject to offset?   ☐ No  ☐ Yes

**$2,600.00**

---

| Debtor | **EnvisionTEC US LLC** | | Case number (if known) | **25-90276** |
|---|---|---|---|---|

Name

|  | | **Amount of claim** |
|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,305.00** |
|---|---|---|---|

☐ Contingent

X-RITE INCORPORATED
PO BOX 62750
62750 COLLECTION CENTER DRIVE
CHICAGO IL 60693

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>　　　　**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**　　　　**Is the claim subject to offset?**　☐ No　☐ Yes

Debtor    **EnvisionTEC US LLC**_____    Case number (if known) __**25-90276**_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
| --- | --- | --- |

Debtor   **EnvisionTEC US LLC**                                                                Case number (if known)   **25-90276**

Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

---

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 6,966.87 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,154,377.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,161,343.90 |

**Fill in this information to identify the case:**

Debtor name    **EnvisionTEC US LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS (HOUSTON)

Case number (if known)    **25-90276**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and Signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 12, 2025**    χ **/s/ Andrew Hinkelman**
                                                Signature of individual signing on behalf of the debtor

                                                **Andrew Hinkelman**
                                                Printed name

                                                **Chief Restructuring Officer**
                                                Position or relationship to debtor